RECEIVED

DEC 1 4 2007
DEC 14, 2007
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ANTHONY J. FERRANTINO )
_____ )
_____ )
(Name of the plaintiff or plaintiffs) )

v.                        )

GENERAL SECURITY )
SERVICE CORPORATION )
_____ )
(Name of the defendant or defendants) )

CIVIL ACTION

07CV7091
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ANTHONY J. FERRANTINO of the

county of SANTA CLARA in the state of CALIFORNIA .

3. The defendant is GENERAL SECURITY SERVICE CORPORATION , whose

street address is 230 S. DEARBORN ST.

(city) CHICAGO (county) COOK (state) ILLINOIS (ZIP) 60604

(Defendant's telephone number) (312) – 588-0730

4. The plaintiff sought employment or was employed by the defendant at (street address)

230 S. DEARBORN (city) CHICAGO

(county) COOK (state) ILLINOIS (ZIP code) 60604

5. The plaintiff [*check one box*]

(a) ☐ was denied employment by the defendant.

(b) ☐ was hired and is still employed by the defendant.

(c) ☒ was employed but is no longer employed by the defendant.

6.  The defendant discriminated against the plaintiff on or about, or beginning on or about,

(month)___JULY___, (day)_29_, (year)_2005_.

7.1  *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a)  The defendant is not a federal governmental agency, and the plaintiff *[check one box]*  ☐ *has* ☒ *has not* filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i)  ☒ the United States Equal Employment Opportunity Commission, on or about (month)_JANUARY_ (day)_25_ (year)_2006_.

(ii)  ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

(b)  If charges *were* filed with an agency indicated above, a copy of the charge is

attached.  ☒ YES.    ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received.  The plaintiff has no reason to believe that this policy was not followed in this case.

7.2  The defendant is a federal governmental agency, and

(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐  Yes (month)_____ (day)_____ (year) _____

☐  No, did not file Complaint of Employment Discrimination

2.  The plaintiff received a Final Agency Decision on (month)_JULY_ (day)_23_ (year)_2007_.

c.  Attached is a copy of the

a.  Complaint of Employment Discrimination,

☒ YES  ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☒ YES  ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a)☐ the United States Equal Employment Opportunity Commission has not issued a

*Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued a

*Notice of Right to Sue*, which was received by the plaintiff on
(month) SEPTEMBER (day) 17 (year) 2007 a copy of which *Notice*
is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only
those that apply]*:

(a)☒ Age (Age Discrimination Employment Act).

(b)☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c)☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d)☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e)☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f)☐ Religion (Title VII of the Civil Rights Act of 1964)

(g)☒ Sex (Title VII of the Civil Rights Act of 1964)

10.    If the defendant is a state, county, municipal (city, town or village) or other local
governmental agency, plaintiff further alleges discrimination on the basis of race, color,
or national origin (42 U.S.C. § 1983).

11.    Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII
claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for
42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117;
for the Rehabilitation Act, 29 U.S.C. § 791.

12.    The defendant *[check only those that apply]*

(a)☐ failed to hire the plaintiff.

(b)☐ terminated the plaintiff's employment.

(c)☐ failed to promote the plaintiff.

(d)☐ failed to reasonably accommodate the plaintiff's religion.

(e)☐ failed to reasonably accommodate the plaintiff's disabilities.

(f)☒ failed to stop harassment;

(g)☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h)☐ other (specify):_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:

THE FACTS ARE DOCUMENTED IN EXTENSIVE FILES AND NOTES WRITTEN BY THE PLAINTIFF OVER A TWO YEAR PERIOD. THE PLAINTIFF WISHES TO SUBMIT THESE TO THE COURT, AS EVIDENCE.

14. *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff *[check only those that apply]*

(a)☐ Direct the defendant to hire the plaintiff.

(b)☐ Direct the defendant to re-employ the plaintiff.

(c)☐ Direct the defendant to promote the plaintiff.

(d)☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) ☐    Direct the defendant to (specify): _____

_____

_____

_____

(g) ☒    If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒    Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)

_____

(Plaintiff's name)

_____ ANTHONY J. FERRANTINO _____

(Plaintiff's street address)

_____ 555 BRYANT ST. # 511 _____

(City) PALO ALTO    (State) CA    (ZIP) 94301

(Plaintiff's telephone number) (650) – 776-5952 _____

Date: _____

## LOCAL RULES 5.2 — 5.4

### LR5.2.    Form of Papers Filed

(a)    PAPER AND FONT SIZE.  Each document filed shall be flat and unfolded on opaque, unglazed, white paper approximately 8 ½ x 11 inches in size.  It shall be plainly written, or typed, or printed, or prepared by means of a duplicating process, without erasures or interlineations which materially deface it.  It shall be bound or secured on the top edge of the document. Where the document is typed, line spacing will be at least 1½ lines.  Where it is typed or printed, (1)    the size of the type in the body of the text shall be 12 points and that in footnotes, no less than 11 points, and (2)    the margins, left-hand, right-hand, top, and bottom, shall each be 1 inch.



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## Chicago District Office

500 West Madison Street, Suite 2800
Chicago, IL 60661
National Contact Center: (800) 669-4000
National Contact Center TTY: (800) 669-6820
Chicago Status Line: (866) 408-8075
Chicago Direct Dial: (312) 353-2714
TTY (312) 353-2421
FAX (312) 353-4041

September 13, 2007

Mr. Anthony J. Ferrantino
P.O. Box 1182
Palo Alto, California 94302-1182

Dear Mr. Ferrantino:

This is in response to you inquiry regarding the status of your charge of discrimination, EEOC Charge No.: 21B-2006-00904 filed against General Security Service Corporation. Our records show that a Dismissal and Notice was issued on July 19, 2007. Per your discussion with Nola Smith, State & Local Coordinator, the address provided by the Illinois Department of Human Rights (IDHR) for you was incorrect and you never received the referenced Notice. Consequently, we are rescinding the Notice of July 19, 2007 and sending the enclosed Notice.

Should you have any questions, please contact Nola Smith, State & Local Coordinator at (312) 886-5973.

Sincerely,

John P. Rowe
District Director

Enclosure(s) Dismissal & Notice of Rights & Attachments

cc: Mr. D. Chad Anderson, Esq.
Littler Mendelson, P.C.
200 North LaSalle Street, Suite 2900
Chicago, IL 60601-1014

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| To:  Anthony J. Ferrantino<br>202 E Krack Unit 121<br>Forrest, IL 61741 | From:  Chicago District Office<br>500 West Madison St<br>Suite 2800<br>Chicago, IL 60661 |

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 21B-2006-00904 | Armernola P. Smith,<br>State & Local Coordinator | (312) 886-5973 |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

☐ While reasonable efforts were made to locate you, we were not able to do so.

☐ You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_____

John P. Rowe,
District Director

September 13, 2007
(Date Mailed)

cc:   GENERAL SECURITY SERVICE
230 S Dearborn 3rd F
Chicago, IL 60604

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
500 WEST MADISON STREET, SUITE 2800
CHICAGO, ILLINOIS 60661

OFFICIAL BUSINESS

CERTIFIED MAIL

7003 3110 0004 0947 420

Anthony J. Ferrantino
P.O. Box 1182
Palo Alto, California 94302-1182

94302+1182

UNITED STATES POSTAGE
$ 03.06⁰
02 1A
0004611411    SEP 13 2007
MAILED FROM ZIPCODE 60661

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br><br>06W0125.06 | ☒ IDHR<br><br>☐ EEOC | 2006CF1827 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Anthony J. Ferrantino | HOME TELEPHONE (include area code)<br>(630) 842-3820 | |
|---|---|---|
| STREET ADDRESS<br>202 E. Krack Street, #121 | CITY, STATE AND ZIP CODE<br>Forrest, IL 61741 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>General Security Service Corporation | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(312) 588-0976 |
|---|---|---|
| STREET ADDRESS<br>230 S. Dearborn, 3rd Floor | CITY, STATE AND ZIP CODE<br>Chicago, IL 60603 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>SEX | DATE OF DISCRIMINATION<br><br>EARLIEST (ADEA/EPA)  LATEST (ALL)<br><br>01/25/06<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheet)

### TECHNICAL AMENDMENT

This charge is being amended to include the basis of sex in I. A. Issue/Basis only

I.  A.  **ISSUE/BASIS**

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – JULY 29, 2005 AND CONTINUING TO THE PRESENT JANUARY 25, 2006, BASED ON MY SEX, MALE

B.  **PRIMA FACIE ALLEGATIONS**

1.  My sex is male.

Continued...

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br><br>_Krystal I Rogers_  2/15/06<br>NOTARY SIGNATURE    MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>Krystal I. Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 15, 2008 | X _____  2-15-06<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (505)

Complainant: Anthony J. Ferrantino

Charge Number: 2006CF1827

Page 2

2.    My job performance meets Respondent's legitimate expectations. I began my employment with Respondent on September 25, 2001.

3.    From July 29, 2005 and continuing to the present, January 25, 2006, I have been subjected to unequal terms and conditions in employment by Robert Doble (male), Captain, W. T. Moss (male), Sergeant, Guy D'oer (male), Contact Manager and Evan Person (male), Sergeant.

   a.    From July 2005 and continuing to the present, I have not been allowed to bring my bag to work with me. Sgt. Moss referred to my bas as a purse and stated that "Only women carry purses." Female employees are allowed to bring their bags to work.

   b.    Nancy Wnuk (female), Officer, is allowed engage in union organizing activities during work hours, in the past males were not allowed this privilege.

   c.    On January 11, 2006, I called in sick, when I returned on January 12, 2006 I was told I had to provide a doctor's note. Females are not required to do this.

   d.    Wnuk is allowed to take extended breaks and Respondent does not discipline her.

   e.    In or about October of 2005, I was not allowed to go home early when I became ill at work. Females are not forced to say when they become ill.

4.    Similarly situated Nancy Wnuk and other female are not subjected to unequal terms and conditions of employment.

MEE/JJT

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CF1827 |
|---|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Anthony J. Ferrantino | | HOME TELEPHONE (include area code)<br>(630) 842-3820 | |
|---|---|---|---|
| STREET ADDRESS<br>202 E. Krack Street, #121 | CITY, STATE AND ZIP CODE<br>Forrest, IL 61741 | | DATE OF BIRTH<br>/  / |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>General Security Service | NUMBER OF EMPLOYEES,<br>MEMBERS 15+ | TELEPHONE (include area code)<br>(312) 588-0976 |
|---|---|---|
| STREET ADDRESS<br>230 S. Dearborn, 3rd Floor | CITY, STATE AND ZIP CODE<br>Chicago, IL 60603 | COUNTY<br>Cook |
| NAME | TELEPHONE (include area code) | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>SEX | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA)   LATEST (ALL)<br>/  /          01/25/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

AMENDMENT #II
(*Adding Allegations II, III and IV)

II.   A.   ISSUE/BASIS

FAILURE TO PAY OVERTIME-JUNE30, 2006,/IN RETALIATION FOR FILING A CHARGE OF UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

B.   PRIMA FACIE ALLEGATIONS

1. On January 25, 2006, I engaged in a protective activity when I filed a charge of discrimination with the IDHR.

2. Respondent was aware that I filed a charge of discrimination.

3. On June 30, 2006, I was denied overtime pay of $612.00. No reason was given for the non-payment of overtime.

4. This action followed my having engaged in a protective activity within such a period of time as to raise an inference of retaliatory motivation.

Continue ....

Charge No. 2006CF1827
Amendment #II
Page 2


III.　A.　ISSUE/BASIS

FAILURE TO INVESTIGATE A COMPLAINT MAY 23, 2006 OF BEING DENIED BATHROOM BREAKS/IN RETALIATION FOR FILING A CHARGE OF UNEQUAL TERMS AND CONDITIONS WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

　　B.　PRIMA FACIE ALLEGATIONS

1.　On January 25, 2006, I engaged in a protective activity when I filed a charge of discrimination with the IDHR.

2.　Respondent was aware that I filed a charge of discrimination.

3.　On May 23, 2006, Guy D'oer, Contract Manager, and Robert Doble, Captain, failed to investigate my complaint of being denied bathroom breaks by Nancy Wnuk. No reason was given for not investigating this complaint.

4.　This action followed my having engaged in a protective activity within such a period of time as to raise an inference of retaliatory motivation.


IV.　A.　ISSUE/BASIS

VERBAL HARASSMENT MARCH 1, 2006, to AUGUST 4, 2006,/IN RETALIATION FOR FILING A CHARGE OF UNEQUAL TERMS AND CONDITIONS CONDITIONS WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

　　B.　PRIMA FACIE ALLEGATIONS

1.　On January 25, 2006, I engaged in a protective activity when I filed a charge of discrimination with the IDHR.

2.　Respondent was aware that I filed a charge of discrimination.

3.　Beginning March 1st and continuing until August 4, 2006, I was verbally harassed by Guy D'oer, Contract Manager, Nancy Wnuk, Security Guard, Robert Doble, Captain, W.T. Moss, Sergeant, and Ms. Alvarez, Sergeant and told that they did not like the fact that I filed a charge of discrimination with Illinois Department of Human Rights.


Continue ....

Charge No. 2006CF1827
Amendment #II
Page 3


4.     This action followed my having engaged in a protective activity within such a period of time as to raise an inference of retaliatory motivation.

| | |
|---|---|
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _8/8/06_<br><br>NOTARY SIGNATURE      MONTH DATE-YEAR |
| "OFFICIAL SEAL"<br>Krystal I. Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 15, 2006<br>NOTARY SEAL | X _____  8-8-06<br>SIGNATURE OF COMPLAINANT    DATE<br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. <br><br>06W0125.06 | ☒ IDHR <br><br>☐ EEOC | 2006CF1827 |

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) <br>Anthony J. Ferrantino | HOME TELEPHONE (include area code) <br>(630) 842-3820 | |
|---|---|---|
| STREET ADDRESS <br>202 E. Krack Street, #121 | CITY, STATE AND ZIP CODE <br>Forrest, IL 61741 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME <br>General Security Service Corporation | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code) <br>(312) 588-0976 |
|---|---|---|
| STREET ADDRESS <br>230 S. Dearborn, 3rd Floor | CITY, STATE AND ZIP CODE <br>Chicago, IL 60603 | COUNTY <br>Cook |

| CAUSE OF DISCRIMINATION BASED ON: <br><br>SEX | DATE OF DISCRIMINATION <br><br>EARLIEST (ADEA/EPA)   LATEST (ALL) <br><br>01/25/06 <br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheet

I.    A.    **ISSUE/BASIS**

                **UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – JULY 29, 2005 AND CONTINUING TO THE PRESENT JANUARY 25, 2006**

    B.    **PRIMA FACIE ALLEGATIONS**

        1.    My sex is male.

        2.    My job performance meets Respondent's legitimate expectations. I began my employment with Respondent on September 25, 2001. .

Continued...

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS <br><br>NOTARY SIGNATURE    MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL" <br>RAQUEL C. GUERRA <br>Notary Public, State of Illinois <br>My Commission Expires 4/12/2008 <br><br>NOTARY SEAL | X _____   1-25-06 <br>SIGNATURE OF COMPLAINANT   DATE <br><br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant:  Anthony J. Ferrantino

Charge Number: 2006CF1827

Page 2

3.  From July 29, 2005 and continuing to the present, January 25, 2006, I have been subjected to unequal terms and conditions in employment by Robert Doble (male), Captain, W. T. Moss (male), Sergeant, Guy D'oer (male), Contact Manager and Evan Person (male), Sergeant.

    a.  In July 2005 and continuing to the present, I have not been allowed to bring my tote bag to work with me. Sgt. Moss referred to my tote bag as a purse and stated that only women carry purses. Female employees are allowed to bring their tote bags to work.

    b.  Nancy Wnuk (female), Officer, is allowed to conduct union business during work hours. When I complained about the unequal treatment I was told that Wnuk could do anything she wanted to do because she's a female with a lawsuit against Respondent therefore she has freedom to do whatever she wants.

    c.  On January 11, 2006, I called in sick, when I returned on January 12, 2006 I was told I had to provide a doctor's note.

    d.  Wnuk is allowed to take extended breaks and Respondent does not discipline her.

4.  Similarly situated Nancy Wnuk, is not subjected to unequal terms and conditions of employment.


MEE/JJT