KC **F I L E D**

DEC 1 4 2007
DEC 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: ANTHONY J. FERRANTINO
(Please print)

STREET ADDRESS: 555 BRYANT ST. #511

CITY/STATE/ZIP: PALO ALTO, CALIFORNIA 94301

PHONE NUMBER: 650 776 5952

CASE NUMBER: _____ 07CV7091
JUDGE CASTILLO
MAGISTRATE JUDGE BROWN

_____  12-9-07
Signature        Date