## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7091 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Anthony J. Ferrantino vs. General Security Service Corp. | | |

**DOCKET ENTRY TEXT**

After a careful evaluation of the case docket, this Court grants Plaintiff's motion to proceed in forma pauperis [4] and his motion for appointment of counsel [5]. Lisa Kane of Lisa Kane & Associates PC, 120 S. LaSalle Street, Suite 1420, Chicago, IL 60603, (312) 606-0383 is hereby appointed to represent Plaintiff. Plaintiff's appointed counsel should review this case, serve the complaint and exhaust all settlement possibilities. The Court will hold a settlement conference in chambers on 4/18/2008 at 3:00 p.m. Clients with settlement authority are directed to appear or be available by telephone.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:07-cv-07091    Document 6    Filed 02/15/2008    Page 1 of 1

07C7091 Anthony J. Ferrantino vs. General Security Service Corp.    Page 1 of 1