**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 07 C 7091 |
|---|---|

ANTHONY J. FERRANTINO
           vs.
GENERAL SECURITY SERVICE CORPORATION

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFF - ANTHONY J. FERRANTINO

| NAME (Type or print) |
|---|
| LISA KANE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Lisa Kane |

| FIRM |
|---|
| LISA KANE & ASSOCIATES, P.C. |

| STREET ADDRESS |
|---|
|  |

| CITY/STATE/ZIP |
|---|
| CHICAGO, ILLINOIS 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06203093 | TELEPHONE NUMBER 312/606-0383 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X |
|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X☐ |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X☐ | NO ☐ |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X☐ | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐