IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY J. FERRANTINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | NO. 07 C 7091 |
| v. | ) | |
| **GENERAL SECURITY SERVICE** | ) | Hon. Ruben Castillo |
| **CORPORATION,** | ) |    Judge Presiding |
| | ) | Magistrate Judge Soat Brown |
| **Defendant.** | ) | |

## NOTICE OF FILING

**TO:**

PLEASE TAKE NOTICE that on March 2, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, the appearances of LISA KANE, JANICE A. WEGNER, DARREN A. BODNER, MICHAEL YOUNG and TYLER MANIC on behalf of Plaintiff, a copy of which is also being filed VIA CM/ECF and served upon you.

                                s/ Lisa Kane
                                LISA KANE

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney No. 06203093

## PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached documents to be served upon those persons to whom said Notice is directed, via ECF, this 2nd day of March, 2008, before the hour of 5:00 P.M.

                                s/ Lisa Kane