## Verification

I, Anthony Ferrantino, declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2008.

*Anthony Ferrantino*
Anthony Ferrantino