UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTHONY J. FERRANTINO,<br><br>             Plaintiff,<br><br>vs.<br><br>GENERAL SECURITY SERVICES CORPORATION,<br><br>             Defendant. | Case No. 07 CV 7091<br>Hon. Ruben Castillo,<br>Judge Presiding<br>Magistrate Brown |

### NOTICE OF FILING

**TO:**

    PLEASE TAKE NOTICE that on Thursday, March 13, 2008, Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following: First Amended Complaint.

                                                                    s/Lisa Kane_____
                                                                  Lisa Kane, Attorney for Plaintiff

### PROOF OF SERVICE

    I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via ECF, this 13th day of March, 2008, before the hour of 5:00 P.M.

                                                                    s/Lisa Kane_____
                                                                  Lisa Kane, Attorney for Plaintiff