*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____          Assigned/Issued By: _____

Judge Name: _____           Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
                                        _____
                                        *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets           ☐ Other

☐ Writ _____                  _____
  *(Type of Writ)*                      _____
                                        *(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
                                        (Date)

_____

_____