IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY J. FERRANTINO,**<br><br>        Plaintiff,<br><br>    v.<br><br>**GENERAL SECURITY SERVICES CORPORATION,**<br><br>        Defendant. | No.  07 CV 7091<br><br>JUDGE RUBEN CASTILLO |

### AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

Defendant, General Security Services Corporation ("GSSC"), by and through its attorneys, respectfully moves this Court to extend the time for it to answer or otherwise plead in this matter until April 21, 2008.  In support thereof, GSSC states as follows:

1.    On or about March 17, 2008, GSSC was served with the Summons and First Amended Complaint in this matter.  GSSC's answer or other pleading is currently due on April 7, 2008.

2.    GSSC's attorneys recently received Plaintiff's First Amended Complaint and are in the process of investigating the facts and allegations contained therein.  As such, GSSC requests a brief extension of time, until April 21, 2008, to answer or otherwise plead and to discuss the possibility of settlement.

3.    On April 2, 2008, GSSC's counsel contacted Plaintiff's counsel, who has no objection to this extension of time.

4. GSSC has not made any previous motions for extension of time. This motion is brought in good faith and will not cause prejudice to the parties, and is not brought to delay these proceedings for any purpose.

WHEREFORE, Defendant, General Security Services Corporation, respectfully requests an extension of time to answer or otherwise plead to April 21, 2008.

Respectfully submitted,

GENERAL SECURITY SERVICES
CORPORATION


By: _/s/ Yadira F. Rios_____
   One of its attorneys

Paul E. Bateman
Yadira F. Rios
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: April 3, 2008

## CERTIFICATE OF SERVICE

Yadira F. Rios, an attorney, hereby certifies that, on April 3, 2008, a copy of the foregoing Agreed Motion to Extend Time to Answer or Otherwise Plead was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

Lisa R. Kane
Lisa Kane & Associates
120 South LaSalle Street
Suite 1420
Chicago, IL 60603
lisakane@sbcglobal.net


Yadira F. Rios

Firmwide:84770433.1 047955.1075