IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY J. FERRANTINO,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**GENERAL SECURITY SERVICES CORPORATION,**<br><br>　　　　Defendant. | No. 07 CV 7091<br><br>JUDGE RUBEN CASTILLO |

### NOTICE OF MOTION

TO:　Lisa R. Kane
　　　Lisa Kane & Associates
　　　120 South LaSalle Street
　　　Suite 1420
　　　Chicago, IL 60603
　　　lisakane@sbcglobal.net

　　　PLEASE TAKE NOTICE that on **Wednesday, April 9, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Ruben Castillo, in Courtroom 2141 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Agreed Motion to Extend Time to Answer or Otherwise Plead, at which time and place you may appear if you see fit.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　GENERAL SECURITY SERVICES
　　　　　　　　　　　　　　　　　　CORPORATION


　　　　　　　　　　　　　　　　　　By:　　*/s/ Yadira F. Rios*
　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Paul E. Bateman
Yadira F. Rios
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street
Suite 2900

Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: April 3, 2008

**CERTIFICATE OF SERVICE**

Yadira F. Rios, an attorney, hereby certifies that, on April 3, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

>Lisa R. Kane
>Lisa Kane & Associates
>120 South LaSalle Street
>Suite 1420
>Chicago, IL 60603
>lisakane@sbcglobal.net



>/s/ Yadira F. Rios
>Yadira F. Rios

Firmwide:84776642.1 047955.1075