## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Anthony J Ferrantino
                              Plaintiff,

v.                                                  Case No.: 1:07–cv–07091
                                                          Honorable Ruben Castillo

General Security Service Corporation
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Defendant's agreed motion to extend time to answer or otherwise plead [15] is granted. Defendant to answer or otherwise plead to the amended complaint by 4/21/2008. Settlement conference reset to 4/24/2008 at 11:00 AM. Motion hearing set for 4/9/2008 and settlement conference set for 4/18/2008 are vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.