IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY J. FERRANTINO,**<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**GENERAL SECURITY SERVICES CORPORATION,**<br><br>　　　　　Defendant. | No.  07 CV 7091<br><br>JUDGE RUBEN CASTILLO |

## CORPORATE DISCLOSURE STATEMENT

Defendant, General Security Services Corporation ("GSSC"), by and through its attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of the United States District Court, Northern District of Illinois, for its Corporate Disclosure Statement, states as follows:

GSSC is not a parent, subsidiary or other affiliate of a publicly owned company.  Further, there is not a publicly owned corporation, not a party to this case, that has a financial interest in the outcome.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　GENERAL SECURITY SERVICES
　　　　　　　　　　　　　　　　　　　　　CORPORATION

　　　　　　　　　　　　　　　　　　　　　By:　　*/s/ Yadira F. Rios*
　　　　　　　　　　　　　　　　　　　　　　　　　　One of its attorneys

Yadira F. Rios
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)
Dated: April 18, 2008

**CERTIFICATE OF SERVICE**

     Yadira F. Rios, an attorney, hereby certifies that, on April 18, 2008, a copy of the foregoing Corporate Disclosure Statement was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

     Lisa R. Kane
     Lisa Kane & Associates
     120 South LaSalle Street
     Suite 1420
     Chicago, IL 60603
     lisakane@sbcglobal.net



                                                   /s/ Yadira F. Rios
                                                      Yadira F. Rios

Firmwide:84764604.1 047955.1075