# EXHIBIT 6

Case 1:07-cv-07091　　Document 20-7　　Filed 04/18/2008　　Page 1 of 8

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>06W0125.06 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CF1827 |
|---|---|---|

### Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.)<br>Anthony J. Ferrantino | | HOME TELEPHONE (include area code)<br>(630) 842-3820 | |
|---|---|---|---|
| STREET ADDRESS<br>202 E. Krack Street, #121 | CITY, STATE AND ZIP CODE<br>Forrest, IL 61741 | DATE OF BIRTH | |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>General Security Service Corporation | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(312) 588-0976 |
|---|---|---|
| STREET ADDRESS<br>230 S. Dearborn, 3rd Floor | CITY, STATE AND ZIP CODE<br>Chicago, IL 60603 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br>SEX | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>01/25/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheet

I.   A.   **ISSUE/BASIS**

UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – JULY 29, 2005 AND CONTINUING TO THE PRESENT JANUARY 25, 2006

B.   **PRIMA FACIE ALLEGATIONS**

1.   My sex is male.

2.   My job performance meets Respondent's legitimate expectations. I began my employment with Respondent on September 25, 2001.

Continued...

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br><br>NOTARY SIGNATURE   MONTH DATE-YEAR   1/25/06 |
|---|---|
| "OFFICIAL SEAL"<br>RAQUEL C. GUERRA<br>Notary Public, State of Illinois<br>My Commission Expires 4/12/2008<br>NOTARY SEAL | X_____   1-25-06<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)

Complainant: Anthony J. Ferrantino
Charge Number: 2006CF1827
Page 2

3. From July 29, 2005 and continuing to the present, January 25, 2006, I have been subjected to unequal terms and conditions in employment by Robert Doble (male), Captain, W. T. Moss (male), Sergeant, Guy D'oer (male), Contact Manager and Evan Person (male), Sergeant.

   a. In July 2005 and continuing to the present, I have not been allowed to bring my tote bag to work with me. Sgt. Moss referred to my tote bag as a purse and stated that only women carry purses. Female employees are allowed to bring their tote bags to work.
   b. Nancy Wnuk (female), Officer, is allowed to conduct union business during work hours. When I complained about the unequal treatment I was told that Wnuk could do anything she wanted to do because she's a female with a lawsuit against Respondent therefore she has freedom to do whatever she wants.
   c. On January 11, 2006, I called in sick, when I returned on January 12, 2006 I was told I had to provide a doctor's note.
   d. Wnuk is allowed to take extended breaks and Respondent does not discipline her.

4. Similarly situated Nancy Wnuk, is not subjected to unequal terms and conditions of employment.

MEE/JJT

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.<br>06W0125.06 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CF1827 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (Indicate Mr. Ms. Mrs.)<br>Anthony J. Ferrantino | HOME TELEPHONE (Include area code)<br>(630) 842-3820 | |
|---|---|---|
| STREET ADDRESS<br>202 E. Krack Street, #121 | CITY, STATE AND ZIP CODE<br>Forrest, IL 61741 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>General Security Service Corporation | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(312) 588-0976 | |
|---|---|---|---|
| STREET ADDRESS<br>230 S. Dearborn, 3rd Floor | CITY, STATE AND ZIP CODE<br>Chicago, IL 60603 | | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>SEX | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>01/25/06<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed attach extra sheet)

**TECHNICAL AMENDMENT**

This charge is being amended to include the basis of sex in I. A. Issue/Basis only

I.  A.  **ISSUE/BASIS**

   **UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT – JULY 29, 2005 AND CONTINUING TO THE PRESENT JANUARY 25, 2006, BASED ON MY SEX, MALE**

   B.  **PRIMA FACIE ALLEGATIONS**

   1.  My sex is male.

Continued...

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS
_Krystal I Rogers_ 2/15/06
NOTARY SIGNATURE    MONTH DATE-YEAR

"OFFICIAL SEAL"
Krystal I. Rogers
Notary Public, State of Illinois
My Commission Expires Nov. 15, 2008

X _____  2-15-06
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (505)

Complainant: Anthony J. Ferrantino
Charge Number: 2006CF1827
Page 2

2. My job performance meets Respondent's legitimate expectations. I began my employment with Respondent on September 25, 2001.

3. From July 29, 2005 and continuing to the present, January 25, 2006, I have been subjected to unequal terms and conditions in employment by Robert Doble (male), Captain, W. T. Moss (male), Sergeant, Guy D'oer (male), Contact Manager and Evan Person (male), Sergeant.

   a. From July 2005 and continuing to the present, I have not been allowed to bring my bag to work with me. Sgt. Moss referred to my bag as a purse and stated that "Only women carry purses." Female employees are allowed to bring their bags to work.

   b. Nancy Wnuk (female), Officer, is allowed engage in union organizing activities during work hours, in the past males were not allowed this privilege.

   c. On January 11, 2006, I called in sick, when I returned on January 12, 2006 I was told I had to provide a doctor's note. Females are not required to do this.

   d. Wnuk is allowed to take extended breaks and Respondent does not discipline her.

   e. In or about October of 2005, I was not allowed to go home early when I became ill at work. Females are not forced to say when they become ill.

4. Similarly situated Nancy Wnuk and other female are not subjected to unequal terms and conditions of employment.

MEE/JJT

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| ☒ IDHR ☐ EEOC | 2006CF1827 |

## Illinois Department of Human Rights and EEOC

| NAME (indicate Mr. Ms. Mrs.) Anthony J. Ferrantino | HOME TELEPHONE (include area code) (630) 842-3820 | |
|---|---|---|
| STREET ADDRESS 202 E. Krack Street, #121 | CITY, STATE AND ZIP CODE Forrest, IL 61741 | DATE OF BIRTH / / |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME General Security Service | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (include area code) (312) 588-0976 |
|---|---|---|
| STREET ADDRESS 230 S. Dearborn, 3rd Floor | CITY, STATE AND ZIP CODE Chicago, IL 60603 | COUNTY Cook |
| NAME | | TELEPHONE (include area code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON: SEX | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) / /    01/25/06 ☐ CONTINUING ACTION |
|---|---|

**THE PARTICULARS ARE** (if additional space is needed attach extra sheets)

AMENDMENT #II
(*Adding Allegations II, III and IV)

II.  A.  ISSUE/BASIS

FAILURE TO PAY OVERTIME-JUNE 30, 2006, IN RETALIATION FOR FILING A CHARGE OF UNEQUAL TERMS AND CONDITIONS OF EMPLOYMENT WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

B.  PRIMA FACIE ALLEGATIONS

1.  On January 25, 2006, I engaged in a protective activity when I filed a charge of discrimination with the IDHR.

2.  Respondent was aware that I filed a charge of discrimination.

3.  On June 30, 2006, I was denied overtime pay of $612.00. No reason was given for the non-payment of overtime.

4.  This action followed my having engaged in a protective activity within such a period of time as to raise an inference of retaliatory motivation.

Continue ....

Charge No. 2006CF1827
Amendment #II
Page 2

III.  A.  ISSUE/BASIS

FAILURE TO INVESTIGATE A COMPLAINT MAY 23, 2006 OF BEING DENIED BATHROOM BREAKS/IN RETALIATION FOR FILING A CHARGE OF UNEQUAL TERMS AND CONDITIONS WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

B.  PRIMA FACIE ALLEGATIONS

1. On January 25, 2006, I engaged in a protective activity when I filed a charge of discrimination with the IDHR.

2. Respondent was aware that I filed a charge of discrimination.

3. On May 23, 2006, Guy D'oer, Contract Manager, and Robert Doble, Captain, failed to investigate my complaint of being denied bathroom breaks by Nancy Wnuk. No reason was given for not investigating this complaint.

4. This action followed my having engaged in a protective activity within such a period of time as to raise an inference of retaliatory motivation.

IV.  A.  ISSUE/BASIS

VERBAL HARASSMENT MARCH 1, 2006, to AUGUST 4, 2006,/IN RETALIATION FOR FILING A CHARGE OF UNEQUAL TERMS AND CONDITIONS CONDITIONS WITH THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS

B.  PRIMA FACIE ALLEGATIONS

1. On January 25, 2006, I engaged in a protective activity when I filed a charge of discrimination with the IDHR.

2. Respondent was aware that I filed a charge of discrimination.

3. Beginning March 1st and continuing until August 4, 2006, I was verbally harassed by Guy D'oer, Contract Manager, Nancy Wnuk, Security Guard, Robert Doble, Captain, W.T. Moss, Sergeant, and Ms. Alvarez, Sergeant and told that they did not like the fact that I filed a charge of discrimination with Illinois Department of Human Rights.

Continue ....

Charge No. 2006CF1827
Amendment #II
Page 3

4. This action followed my having engaged in a protective activity within such a period of time as to raise an inference of retaliatory motivation.

| | |
|---|---|
| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS _Krystal I Rogers_ 8/8/06<br>NOTARY SIGNATURE   MONTH DATE-YEAR |
| "OFFICIAL SEAL"<br>Krystal I. Rogers<br>Notary Public, State of Illinois<br>My Commission Expires Nov. 15, 2006<br>NOTARY SEAL | X _____ 8-8-06<br>SIGNATURE OF COMPLAINANT   DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |

FORM 5 (5/05)