IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY J. FERRANTINO,**<br><br>    Plaintiff,<br><br>v.<br><br>**GENERAL SECURITY SERVICES CORPORATION,**<br><br>    Defendant. | No. 07 CV 7091<br><br>JUDGE RUBEN CASTILLO |

## NOTICE OF MOTION

TO:   Lisa R. Kane
      Lisa Kane & Associates
      120 South LaSalle Street
      Suite 1420
      Chicago, IL 60603
      lisakane@sbcglobal.net

PLEASE TAKE NOTICE that on **Wednesday, April 23, 2008, at 9:45 a.m.**, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Ruben Castillo, in Courtroom 2141 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant's Motion to Dismiss and Memorandum of Law in Support of Defendant's Motion to Dismiss, at which time and place you may appear if you see fit.

Respectfully submitted,

GENERAL SECURITY SERVICES
CORPORATION


By:   */s/ Yadira F. Rios*
         One of its attorneys

Paul E. Bateman
Yadira F. Rios
LITTLER MENDELSON
A Professional Corporation
200 North LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520 (phone)
312.372.7880 (facsimile)

Dated: April 18, 2008

**CERTIFICATE OF SERVICE**

    Yadira F. Rios, an attorney, hereby certifies that, on April 18, 2008, a copy of the foregoing Notice of Motion was filed electronically. Notice of filing will be sent to the following parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

    Lisa R. Kane
    Lisa Kane & Associates
    120 South LaSalle Street
    Suite 1420
    Chicago, IL 60603
    lisakane@sbcglobal.net


                                                            Yadira F. Rios

Firmwide:84776642.1 047955.1075