**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY J. FERRANTINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **NO. 07 C 7091** |
| **v.** | ) | |
| **GENERAL SECURITY SERVICE** | ) | **Hon. Ruben Castillo** |
| **CORPORATION,** | ) | **Judge Presiding** |
| | ) | **Magistrate Judge Soat Brown** |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION FOR DIRECTIONS**

NOW COMES the Plaintiff, ANTHONY J. FERRANTINO, by his attorney, LISA KANE of LISA KANE & ASSOCIATES, P.C., and hereby respectfully moves this Honorable Court for directions on further procedures, and as grounds for this Motion, states as follows:

1.    Plaintiff's pro se Complaint in this matter was filed on December 14, 2007, based on the Notice of Right to Sue issued to Plaintiff on September 13, 2007 with respect to EEOC charge number 2006CF1827 ("Charge 1827").

2.    On February 15, 2008,  Lisa Kane of Lisa Kane & Associates, P.C., was appointed to represent Plaintiff on the basis of Plaintiff's motion to proceed *in forma pauperis*.

3.    Plaintiff is presently without a permanent residence and is suffering from a grave life threatening illness, in which he lacks the necessary finances to receive adequate treatment.

4.    After a thorough review of Plaintiff's facts and documentation, and after being fully advised of the applicable case law by his counsel, Plaintiff has determined that he cannot in good faith proceed with his lawsuit based upon Charge 1827.

5.    In addition to Charge 1827,  Plaintiff had also filed a charge of sex discrimination, disability discrimination, and retaliation for filing Charge 1827 under EEOC charge number 2007CF1651

("Charge 1651") for which a Notice of Right to Sue was issued on April 28, 2008. Charge 1651 and

Charge 1827 involve similar allegations of fact.

6.      Defendant and its counsel are fully apprised of Charge 1651, as evidenced by the parties'

correspondence with defense counsel, copies of which are attached hereto as Exhibit A.

WHEREFORE, Plaintiff, through his appointed counsel, LISA KANE of LISA KANE &

ASSOCIATES, P.C., respectfully requests that this Honorable Court provide directions to Plaintiff

on the actions this Honorable Court desires Plaintiff take going forward.

Respectfully submitted,

ANTHONY FERRANTINO,
Plaintiff


By /s/ Lisa Kane

LISA KANE
LISA KANE & ASSOCIATES
ATTORNEY FOR PLAINTIFF
120 SOUTH LA SALLE STREET
SUITE 1420
CHICAGO, ILLINOIS 60603
(312) 606-0383
ATTORNEY CODE NO. 06203093