# EXHIBIT A

## LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

Yadira F. Rios
Direct: 312.795.3276
Direct Fax: 312.372.7880
yrios@littler.com

May 1, 2008

ALABAMA

ARIZONA

ARKANSAS

CALIFORNIA

COLORADO

CONNECTICUT

DISTRICT OF COLUMBIA

FLORIDA

## VIA MAIL AND FACSIMILE 312.606.0765

Lisa R. Kane
Lisa Kane & Associates PC
120 South LaSalle Street
Suite 1420
Chicago, IL 60603

GEORGIA

ILLINOIS

INDIANA

Re:   *Anthony J. Ferrantino v. General Security Services Corporation*
      **No. 07 CV 7091**

MASSACHUSETTS

Dear Ms. Kane:

I am in receipt of your correspondence dated April 30, 2008 and I have reviewed the documents that you allege demonstrate that Plaintiff timely filed suit under Title VII. Aside from the letter from John P. Rowe to Mr. Ferrantino, none of the other documents that you provided were included in the EEOC file. Thus, it is our position that you still have not provided information that would prove that your client notified the EEOC of his change of address. At this point, we expect that you will voluntarily dismiss the complaint in this matter.

MINNESOTA

MISSOURI

NEVADA

NEW JERSEY

In response to your questions regarding contacts by attorneys purportedly representing Mr. Ferrantino, EEOC investigator Nanisa Pereles contacted me and stated that there was another attorney that wanted to settle the case. When I asked the name and number, she could not recall his name and she informed me that she would contact the Complainant to get additional information and I have not heard back from her on that issue. With respect to the issue of charges Mr. Ferrantino has filed, you may ask Mr. Ferrantino to provide you with that information.

NEW YORK

NORTH CAROLINA

OHIO

OREGON

Last, on the issue of your claim that there is a conflict of interest regarding our representation of GSSC in this case, please note that we will compile the necessary information and forward that to you shortly. Obviously, we disagree with your assessment of the situation.

PENNSYLVANIA

RHODE ISLAND

SOUTH CAROLINA

RECEIVED

MAY - 1 2008

TEXAS

VIRGINIA

WASHINGTON

Lisa R. Kane
May 1, 2008
Page 2


Please contact me if you have any questions.

Sincerely,

Yadira F. Rios

YFR/hwj


Firmwide:85080033.1 047955.1075
5/1/08 9:51 AM

*Lisa Kane & Associates, P.C.*

ATTORNEYS AT LAW

120 SOUTH LASALLE STREET • SUITE 1420

CHICAGO, ILLINOIS 60603

312-606-0383

FAX 312-606-0765

**VIA MAIL AND FACSIMILE TO 312-372-7880**

April 30, 2008

Yadira F. Rios
Littler Mendelson P.C.
200 North LaSalle Street
Suite 2900
Chicago, Illinois 60601

> Re:  *Anthony J. Ferrantino v. General Security Services Corporation*
> U.S. District Court 07 C 7091

Dear Ms. Rios:

Enclosed, please find the following documents, which show that Mr. Ferrantino took the reasonable steps necessary to ensure receipt of his Notice of Right to Sue:

* a copy of the change of address form filed with the IDHR,

* a copy of the IDHR's records showing that it received Mr. Ferrantino's change of address, and

* a letter from the EEOC to Mr. Ferrantino stating that the IDHR provided it with an incorrect address for Mr. Ferrantino.

Please advise me if it is your contention that these documents were not included in Mr. Ferrantino's EEOC file, which you stated was in your possession. As Mr. Ferrantino has provided the above-mentioned documents demonstrating that he filed suit under Title VII within the applicable limitations period, please advise me of your position in this respect as I have now provided you with this information.

With respect to conversations that we have had regarding the above-entitled matter, I would like clarification regarding three representations that you made to me regarding Mr. Ferrantino. Please provide me with the name(s) and contact information of the lawyer(s) who have contacted you on behalf of Mr. Ferrantino to settle his claims, the name and contact information of Mr. Ferrantino's lawyer whom you told "to get to the back of the line," and each charge that Mr. Ferrantino has filed

against GSSC as I am only aware of only two charges: 2006-CF-1827 and 2007-CF-1651.

I further look forward to receiving any legal authority you can provide me, which will rid my concern about the existence of a conflict of interest between you and Mr. Ferrantino. If I do not receive anything from you indicating that a conflict of interest does not exist in this matter, I will be compelled to take the appropriate steps to notify the Court about your firm's prior representation of Mr. Ferrantino as a named defendant.

With warmest regards, I remain
Very truly yours,

Lisa Kane