IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY J. FERRANTINO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | NO. 07 C 7091 |
| v. | ) | |
| **GENERAL SECURITY SERVICE** | ) | Hon. Ruben Castillo |
| **CORPORATION,** | ) | Judge Presiding |
| | ) | Magistrate Judge Soat Brown |
| **Defendant.** | ) | |

### NOTICE OF MOTION

TO:  Yadira F. Rios, Esquire
     Littler Mendelson
     200 North LaSalle Street, Suite 2900
     Chicago, Illinois 60601

PLEASE TAKE NOTICE that on May 7, 2008, at 9:45 A.M., I shall appear before the Honorable Ruben Castillo, or any Judge or Magistrate Judge sitting in his place and stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the Plaintiff's Motion For Directions, a copy of which is being filed herewith and served upon you via CM/ECF, at which time and place you may appear should you so see fit.

                                       s/ Lisa Kane
                                       LISA KANE
                                       Attorney for Plaintiff

LISA KANE & ASSOCIATES, P.C.
120 SOUTH LA SALLE STREET
SUITE 1420
CHICAGO, ILLINOIS 60603
(312) 606-0383
ATTORNEY CODE NO. 06203093

### PROOF OF SERVICE

I, an attorney, hereby certify that I caused the above and foregoing Notice of Motion and attached referred to documents, to be served upon those persons to whom said Notice is directed,

pursuant to ECF, this 2nd day of May, 2008, before the hour of 6:30 P.M.

                                            s/ Lisa Kane