## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7091 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Anthony J. Ferrantino vs. General Security Service Corporation | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 5/7/2008.  Plaintiff's motion for directions [24] is granted.  The Court hereby relieves Lisa Kane from her appointment of counsel on behalf of the plaintiff.  Defendant's motion to dismiss [19] is granted.  This case is hereby dismissed without prejudice for the reasons stated in open court.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|